1  **NICHOLAS & TOMASEVIC, LLP**
     Craig M. Nicholas (SBN 178444)
2    Alex Tomasevic (SBN 245598)
     Shaun Markley (SBN 291785)
3  225 Broadway, 19th Floor
   San Diego, California 92101
4  Tel: (619) 325-0492
   Fax: (619) 325-0496
5  Email: cnicholas@nicholaslaw.org
   Email: atomasevic@nicholaslaw.org
6  Email: smarkley@nicholaslaw.org

7  Attorneys for EMANUEL AGUILERA,
   ROCIO AGUILERA, and SIMON GORO,
8  on behalf of themselves and all others similarly situated

9  **SEYFARTH SHAW LLP**
     Christian J. Rowley (SBN 187293)
10   Matthew A. Goodin (SBN 169674)
     Eric M. Lloyd (SBN 254390)
11 560 Mission Street, 31st Floor
   San Francisco, California 94105
12 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
13 Email: crowley@seyfarth.com
   Email: mgoodin@seyfarth.com
14 Email: elloyd@seyfarth.com

15 Attorneys for Defendant
   MATCO TOOLS CORPORATION
16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL AGUILERA, ROCIO AGUILERA, and SIMON GORO, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATCO TOOLS CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:19-CV-00321-YGR<br>ORDER GRANTING **STIPULATED REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**Complaint Filed:** December 7, 2018<br>**Trial Date:** None Set<br><br>**Judge**: Hon. Yvonne Gonzalez Rogers |

STIPULATED REQUEST FOR DIMISSAL OF ACTION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED, by and between plaintiffs EMANUEL AGUILERA, ROCIO AGUILERA, and SIMON GORO (together, "Plaintiffs"), and Defendants MATCO TOOLS CORPORATION, a Delaware corporation ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed without prejudice and that this stipulation shall become effective upon filing without the need of a Court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (A "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

IT IS HEREBY SO AGREED.

Respectfully submitted,
**NICHOLAS & TOMASEVIC, LLP**

Dated: March 22, 2019    By:  */s/ Shaun Markley*
Craig M. Nicholas
Alex Tomasevic
Shaun Markley

Attorneys for Plaintiffs

**SEYFARTH SHAW, LLP**

Dated: March 22, 2019    By:  */s/ Eric M. Lloyd*
Christian J. Rowley
Matthew A. Goodin
Eric M. Lloyd

Attorneys for Defendant

ORDER

Based on the foregoing stipulation, the instant action is dismissed without prejudice as to plaintiffs Emanuel Aguilera, Rocio Aguilera, and Simon Goro ONLY.  IT IS SO ORDERED.

Dated: March 26, 2019
Yvonne Gonzalez Rogers
United States District Judge

2
STIPULATED REQUEST FOR DIMISSAL OF ACTION WITHOUT PREJUDICE

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |
| 2 | Pursuant to Civil Local Rule 5-1(i), I, Shaun Markley, hereby attest that I have |
| 3 | obtained concurrence in the filing of this document from the other signatory to this |
| 4 | document. I declare under penalty of perjury under the laws of the United States of |
| 5 | America that the foregoing is true and correct. Executed this 22nd Day of March, 2019 |
| 6 | in San Diego, California. |
| 7 | By: */s/ Shaun Markley* |
| 8 | Shaun Markley |